# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* Cabinet A7, located at the U.S. TelePacific Corp dba TPx Communications Datacenter at 2001 East Dyer Road, Santa Ana, California 92705 | 1st Amended<br>Case No. 8:21-MJ-00294 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for 30 days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4-27-2021 @ 11:06 a.m.        _____
                                                       Judge's signature

City and state: Santa Ana, CA                Hon. John D. Early, United States Magistrate Judge
                                                  *Printed name and title*

AUSA: G. Staples (213) 393-7795

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:21-MJ-00294 | 4/27/2021 @ 12:55 pm | Warrant → Lala Asadorian, Inventory - Chris Upton |

Inventory made in the presence of:
Jason Ohlde, David Larson, and Nshan Tashchyan

Inventory of the property taken and name of any person(s) seized:

See attached document titled, "Detailed Inventory of All Items Seized."

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/2021

_Executing officer's signature_

Zachary Stegenga, Special Agent
_Printed name and title_

## Detailed Inventory of All Items Seized

Date: 4/27/2021
Time: 12:55 PM

Location: TPx Datacenter
2001 E Dyer Rd, Cabinet A7
Santa Ana, CA 92705

Seized By: Jason Ohlde      Witness: Zach Stegenga

Pursuant to: Search Warrant

| Item # | Location Found | Description |
|---|---|---|
| 1 | Cabinet A7 for all items | CISCO 2901 SN: FTX1405YF97 |
| 2 | | CISCO 2901 SN: FTX1405YF8W |
| 3 | | CISCO ASA5510 SN: JMX1246L1YC |
| 4 | | HP Procurve Switch 3400CL SN: SG631SG028 |
| 5 | | HP Procurve Switch 3400CL SN: SG615SG00H |
| 6 | | HP Procurve Switch 3400CL SN: SG441SG05K |
| 7 | | HP Procurve Switch 3400CL SN: SG538SG00R |
| 8 | | NetApp DS2248 SN: 8002927082 and 8002927070 |
| 9 | | NetApp DS2248 SN: 8002015621 and 8001970862 |
| 10 | | Dell PowerEdge R610 SN: 224KJN1 |
| 11 | | Dell PowerEdge R610 SN: 3V93BP1 |
| 12 | | NetApp FAS2050 SN: 081903C348 |
| 13 | | NetApp DS14MK4 SN: TMS69813313F444 |
| 14 | | NetApp DS14MK4 SN: TMS6981331A3FA0 |
| 15 | | NetApp DS14MK4 SN: TMS698133126090 |
| 16 | | NetApp FAS3070 SN: JS00000000239001 |
| 17 | | NetApp FAS3070 SN: JS00000000239000 |

Page 1 of 1